ROBERT MILLER, APPELLANT, v. BERKELEY MOSTYN, IMPLEADED WITH ANDREW COATES, RESPONDENT.

APPEAL from an order of the Special Term, sustaining a demurrer to the complaint, interposed by the defendant Mostyn.

" The complaint fails to set out any tangible fact giving the plaintiff a cause of action against the defendant Mostyn, and the order of the Special Term sustaining the demurrer should be affirmed."

*Henry S. Bennett*, for the appellant.

*James Emott* and *James M. Varnum*, for the respondent.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TALCOTT and TAPPEN, JJ.

Order of Special Term affirmed.